# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. CIV S-06-2277-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ROCHE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 2). Plaintiff's complaint will be addressed separately.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The request to proceed in forma pauperis will, therefore, be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for leave to proceed in forma pauperis is granted;

2. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

///

1

1    3.     An initial partial filing fee of $21.92 will be assessed by this order
2 pursuant to 28 U.S.C. § 1915(b)(1);
3    4.     By separate order, the court will direct the appropriate agency to collect
4 the initial partial filing fee from plaintiff's trust account and forward it to the Clerk of the Court;
5 and
6    5.     Thereafter, plaintiff will be obligated for monthly payments of twenty
7 percent of the preceding month's income credited to plaintiff's prison trust account, such
8 payments to be forwarded by the appropriate agency to the Clerk of the Court each time the
9 amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant
10 to 28 U.S.C. § 1915(b)(2).

12 DATED: October 19, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE