1

2

3

4

5

6

7

8              **IN THE UNITED STATES DISTRICT COURT**

9           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   LARRY GIRALDES,                        No. CIV S-06-2277-MCE-CMK-P

12                 Plaintiff,

13          vs.                             <u>ORDER</u>

14   ROCHE, et al.,

15                 Defendants.

16   _____/

17            Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant

18   to 42 U.S.C. § 1983.   Pending before the court is plaintiff's motion to compel (Doc. 22), filed on

19   May 17, 2007.

20            In his motion, plaintiff documents <u>informal</u> attempts he has made to review his

21   prison files.  He asserts that these attempts have been "thwarted" by defendants and seeks this

22   court's intervention by way of an order compelling defendants to produce his files for inspection

23   and copying.  Plaintiff has not, however, indicated that he served any <u>formal</u> discovery requests

24   upon defendants seeking his files.  The court directs plaintiff's attention to the March 8, 2007,

25   order (Doc. 16) outlining the procedures for obtaining discovery through the formal mechanisms

26   provided by the Federal Rules of Civil Procedure.  Absent an indication that plaintiff has served

                                            1

1    a formal discovery request, the court cannot grant plaintiff's motion to compel.

2           Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc.

3    22) is denied.

4

5    DATED:   May 23, 2007.

6

7

                         **CRAIG M. KELLISON**
                         UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26