IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. 2:06-cv-2277-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ROCHE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is a motion for reconsideration of the magistrate judge's April 19, 2007, order denying appointment of counsel.

Pursuant to Eastern District of California Local Rule 72-303(f), a magistrate judge's order shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.  The April 19, 2007, order is, therefore, affirmed.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The motion for reconsideration (Doc. 20) is denied; and
2. The magistrate judge's April 19, 2007, order is affirmed.

Dated: May 24, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE