IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY GIRALDES, | No. CIV S-06-2277-MCE-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ROCHE, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion for summary judgment (Doc. 26).  Plaintiff has not filed an opposition.  Pursuant to the scheduling order issued on March 8, 2007, plaintiff's pre-trial statement is due by November 9, 2007, and defendants' pre-trial statement is due by November 16, 2007.  Trial has been set for February 25, 2008.  The court finds it is appropriate to vacate these deadlines/dates pending resolution of defendants' unopposed motion for summary judgment.

/ / /

/ / /

/ / /

1     Accordingly, IT IS HEREBY ORDERED that:

2     1.     The deadlines for submission of pre-trial statements are vacated;

3     2.     The February 25, 2008, trial date is vacated; and

4     3.     Defendants' motion for summary judgment is submitted.

DATED: October 1, 2007

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE