IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,                                             No. CIV S-06-2277-MCE-CMK-P

      Plaintiff,

   vs.                                                                     ORDER

ROCHE, et al.,

      Defendants.

_____/

      Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 35), filed on October 11, 2007, in which he seeks an extension of time to respond to defendants' motion for summary judgment.  Good cause appearing therefor, the request will be granted.

      Accordingly, IT IS HEREBY ORDERED that plaintiff may file a response to defendants' motion for summary judgment within 30 days of the date of this order.

DATED:  October 17, 2007

                                                                                       **CRAIG M. KELLISON**
                                                                                       UNITED STATES MAGISTRATE JUDGE

1