**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

LARRY GIRALDES,                                   No. CIV S-06-2277-MCE-CMK-P

       Plaintiff,

   vs.                                                         ORDER

ROCHE, et al.,

       Defendants.

_____/

         Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' request for an order re-setting the deadline for disclosure of expert witnesses pursuant to Federal Rule of Civil Procedure 26(a)(2)(C).  That rule requires that expert disclosures be made at least 90 days prior to the date set for trial.  However, because the court has vacated the trial date and has not set a new trial date in this matter, there is no need for the order sought by defendants.  Once a new trial date is set, if at all, following resolution of defendants' motion for summary judgment, expert disclosures will be due by the time specified in the rule.

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that defendants' motion for extension

2 of the expert discovery deadline is denied as unnecessary.

3

4  DATED:   November 1, 2007

5                                                      _____
                                                       **CRAIG M. KELLISON**
6                                                      UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26