1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  DAVID A. CARRASCO
   Supervising Deputy Attorney General
5  TRACY S. HENDRICKSON, State Bar No. 155081
   Supervising Deputy Attorney General
6
    1300 I Street, Suite 125
7   P.O. Box 944255
    Sacramento, CA 94244-2550
8   Telephone: (916) 323-7363
    Fax: (916) 322-5609
9   Email: Tracy.Hendrickson@doj.ca.gov

10 Attorneys for Defendants James and Roche

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES,** | 2:06-CV-2277 MCE CMK P |
| Plaintiff, | **AMENDED ORDER ON DEFENDANTS' REQUEST FOR EXTENSION OF TIME TO FILE REPLY ON MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **ROCHE, et al.,** | |
| Defendants. | |

Plaintiff is a prisoner proceeding pro se in a civil rights action under 42 U.S.C. § 1983. On November 8, 2007, Defendants filed a request for an extension of time to file a reply on their motion for summary judgment, and to file an opposition to Plaintiff's cross-motion for summary judgment.

/ / /

/ / /

/ / /

1

1 | Good cause having been presented to the Court and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that:

Defendants are granted an extension of time to and including December 3, 2007, in which to file a reply on their motion for summary judgment, and in which to oppose Plaintiff's cross-motion for summary judgment.

DATED: November 15, 2007

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE