EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-7363
 Fax: (916) 324-5205
 E-mail: Tracy.Hendrickson@doj.ca.gov
*Attorneys for Defendants James and Roche*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **LARRY GIRALDES,** | 2:06-CV-2277 MCE CMK |
| Plaintiff, | **STIPULATION TO STAY ACTION FOR 120 DAYS PENDING SETTLEMENT NEGOTIATIONS** |
| v. | |
| **ROCHE, et al.,** | **AND ORDER** |
| Defendants. | |

Plaintiff pro per, Larry Giraldes, Jr., and Defendants James and Roche, through their attorney of record Tracy S. Hendrickson, stipulate to stay this action for 120 days, to and including September 14, 2010, pending settlement negotiations. The parties will attempt a global settlement of this case and two other related cases filed by Plaintiff (*Giraldes v. Prebula*, CIV-S-01-2110 LKK PAN P and *Giraldes v. Hicimbothom*, 1:09-CV-0154 DLB). Although defense counsel does not yet have settlement authority, efforts are being undertaken to promptly secure that authority and, assuming authority is provided, to schedule possible mediation of this matter. Defense counsel and Plaintiff have conferred by telephone on several occasions to discuss

1

settlement issues and to contemplate scheduling mediation when/if settlement authority is granted.

In the interim, the parties request that the Court vacate the deadline for Plaintiff to oppose Defendants' motion for summary judgment, stay the Court's decision on Defendants' motion for leave to file an amended answer, and refrain from setting a trial date until the parties have had an opportunity to conduct settlement negotiations.  The parties anticipate that settlement authority, if provided, would dispose of the entire case and two of Plaintiff's other related cases.

In the event settlement negotiations are unsuccessful, counsel for Defendant will promptly notify the Court.  The parties request that upon such notification, the Court allow Plaintiff twenty-one days to oppose the supplemental summary judgment motion, and that the Court render a decision on Defendants' motion for leave to amend the answer.

IT IS SO STIPULATED.


DATED:  May 13, 2010.                           */s/ Tracy S. Hendrickson*
                                                TRACY S. HENDRICKSON
                                                Office of the Attorney General
                                                Attorneys for Defendants Roche and James



DATED: May 19, 2010.                            */s/ Larry Giraldes, Jr.*
                                                LARRY GIRALDES, JR.
                                                Plaintiff Pro Per


**ORDER**

The Court, having considered the Parties' Stipulation, and good cause appearing, orders that this case shall be stayed for 120 days, to an including September 14, 2010, to permit the parties to negotiate settlement.  Accordingly, the Court will not now rule on Defendants' Motion for Leave to Amend the Answer, and Plaintiff shall not be required, at this time, to oppose Defendants' Supplemental Motion for Summary Judgment.  In the event the parties are unable to

2

reach a settlement, defense counsel shall promptly notify the Court and the Court shall issue an order that Plaintiff shall have twenty-one days from the date of the order to file and serve a written opposition to Defendants' Supplemental Motion for Summary Judgment. The Court will also rule on Defendants' Motion for Leave to Amend the Answer.

IT IS SO ORDERED:

DATED: May 24, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

SA2007300088
31007233.doc

# **DECLARATION OF SERVICE BY U.S. MAIL**

**Case Name:** *Giraldes v. Roche, et al.*
**No.:** 2:06-CV-2277 MCE CMK P

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **May 19, 2010**, I served the attached **STIPULATION TO STAY ACTION FOR 120 DAYS PENDING SETTLEMENT NEGOTIATIONS** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

Larry Giraldes, Jr. - D-72056
Salinas Valley State Prison
P.O. Box 1050
Soledad, CA  93960-1050

*In Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **May 19, 2010**, at Sacramento, California.

| D. Kulczyk | /s/ D. Kulczyk |
|---|---|
| Declarant | Signature |

4