IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LARRY GIRALDES,                       Case No. 2:06-CV-2277 MCE CMK P

        Plaintiff,                            <u>ORDER</u>

    vs.

ROCHE, et al.,

        Defendants.

_____/

      Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on August 12, 2010, at 9:00 a.m.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. This case is set for a settlement conference before Magistrate Judge Nandor J. Vadas on August 12, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California 95696.

          2. Parties are to appear with full settlement authority.

          3. The parties are directed to provide confidential settlement conference statements to the Honorable Nandor J. Vadas, U.S. District Court-Northern District of California,

1

514 H Street, Eureka, CA 95502 or via email at NJVpo@cand.uscourts.gov, so that they arrive no later than August 5, 2010.

      4. The Clerk of the Court is directed to serve a courtesy copy of this order on the Litigation Office at CSP-SOL, via facsimile at (707) 454-3429.

DATED: July 27, 2010

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE